```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BLACKROCK ALLOCATION TARGET
SHARES: SERIES S PORTFOLIO, et al.,

                Plaintiffs,

           - v -

WELLS FARGO BANK, N.A., et al.,

                Defendants.
-----------------------------------------------------------X

**Case Management Plan**

14 CV. 9367 (RMB)
14 CV. 9371 (RMB)
14 CV. 9764 (RMB)
14 CV. 10067 (RMB)
14 CV. 10102 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)      Joinder of additional parties by _____

(ii)     Amend the pleadings by _____ March 13, 2015 ("with prejudice") _____

(iii)    All discovery to be **expeditiously** completed by _____ July 13, 2015 _____

(iv)    Consent to Proceed before Magistrate Judge _____

(v)     Status of settlement discussions _____ July 13, 2015 @ 10:00 A.M. with principals.

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions  Opening joint brief by defs. 4/30/15 (35 pgs.); Joint response by pls. 5/29/15 (35 pgs.); Joint reply by 6/29 (15 pgs.)

(vii)   Oral Argument _____ To be set at later date. _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)    Final Pre-Trial Conference _____

(x)     Trial _____

(xi)    Other  Refer discovery issues to Mags. Netburn and Fox. Letters to pls. by 2/20/15 setting forth the bases of defs.' motion to dismiss. Response letters from pls. by 2/27/15.

**SO ORDERED:** New York, New York

                  February 11, 2015

*RMB*

Hon. Richard M. Berman, U.S.D.J.