**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BLACKROCK ALLOCATION TARGET SHARES: SERIES S PORTFOLIO, et al.,**<br><br>    **Plaintiffs,**<br><br> -against-<br><br>**WELLS FARGO BANK, NATIONAL ASSOCIATION,**<br><br>    **Defendant,**<br><br> -and-<br><br>**The Trusts Identified in Exhibit 1,**<br><br>    **Nominal Defendants.** | Case No. 1:14-cv-9371-KPF-SN<br><br>**DEFENDANT'S NOTICE OF**<br>**<u>MOTION TO DISMISS</u>** |
| **ROYAL PARK INVESTMENTS SA/ NV, Individually and on Behalf of All Others Similarly Situated**<br><br>    **Plaintiffs,**<br><br> -against-<br><br>**WELLS FARGO BANK, N.A., as Trustee,**<br><br>    **Defendant.** | Case No. 1:14-cv-09764-KPF-SN |

|  |  |
|---|---|
| **NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union, derivatively and in its own right,**<br><br>        **Plaintiffs,**<br><br>   -against-<br><br>**WELLS FARGO BANK, NATIONAL ASSOCIATION,**<br><br>        **Defendant,**<br><br>   -and-<br><br>**NCUA GUARANTEED NOTES TRUST 2010-R1,**<br>**NCUA GUARANTEED NOTES TRUST 2010-R2,**<br>**NCUA GUARANTEED NOTES TRUST 2010-R3,**<br>**NCUA GUARANTEED NOTES TRUST 2011-R2,**<br>**NCUA GUARANTEED NOTES TRUST 2011-R4,**<br>**NCUA GUARANTEED NOTES TRUST 2011-R5,**<br>**NCUA GUARANTEED NOTES TRUST 2011-M1,**<br><br>        **Nominal Defendants.** | Case No. 1:14-cv-10067-KPF-SN |

| | |
|---|---|
| **PHOENIX LIGHT SF LIMITED, et al.,**            X<br>                                                                    :<br>            **Plaintiffs,**                              :<br>                                                                    :<br>    -against-                                              :<br>                                                                    :<br>**WELLS FARGO BANK, N.A.,**                   :<br>                                                                    :<br>            **Defendant.**                              :<br>                                                                   X | Case No. 1:14-cv-10102-KPF-SN |
| **COMMERZBANK AG,**                               X<br>                                                                    :<br>            **Plaintiff,**                                :<br>                                                                    :<br>    -against-                                              :<br>                                                                    :<br>**WELLS FARGO BANK, N.A.,**                   :<br>                                                                    :<br>            **Defendant.**                              :<br>                                                                   X | Case No. 1:15-cv-10033-KPF-SN |

PLEASE TAKE NOTICE that Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), as trustee for the 53 residential mortgage-backed securitization trusts at issue in the above-captioned cases numbered 1:14-cv-9371-KPF-SN, 1:14-cv-09764-KPF-SN, 1:14-cv-10067-KPF-SN, 1:14-cv-10102-KPF-SN, and 1:15-cv-10033-KPF-SN, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and the Individual Rules of this Court, hereby moves to be heard before the Honorable Katherine Polk Failla, United States District Court Judge, on a date to be determined by the Court, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, for an Order granting Defendant's Motion to Dismiss the Complaints herein in their entirety with prejudice.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's June 29, 2016 Order, Plaintiffs shall submit a joint opposition brief by August 8, 2016, and Defendant shall file a reply brief by August 22, 2016.

Defendant's Motion to Dismiss is based upon:

(1) the Accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss (filed in each of the five above-captioned cases),

(2) the Declaration of Howard F. Sidman and the exhibits thereto (filed in each of the five above-captioned cases), and

(3) the Affidavit of Dorothee Maye in Support of Wells Fargo's Motion to Dismiss the Complaint (filed only in the Commerzbank case).

Dated: July 8, 2016

JONES DAY
By:  /s/ Howard F. Sidman

Jayant W. Tambe, Esq.
Howard F. Sidman, Esq.
Jason Jurgens, Esq.
250 Vesey Street
New York, NY 10281
Tel:    (212) 326-3939
Fax:    (212) 755-7306
jtambe@jonesday.com
hfsidman@jonesday.com
jjurgens@jonesday.com

Traci L. Lovitt, Esq.
100 High Street, 21st Floor
Boston, MA 02110
Tel:    (617) 449-6900
Fax:    (617) 449-6999
tlovitt@jonesday.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*