UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

Plaintiff,

vs.

WELLS FARGO BANK, N.A., as Trustee,

Defendant.

———————————————————— x

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 1:14-cv-09764-KPF-SN

CLASS ACTION

PLAINTIFF ROYAL PARK INVESTMENTS
SA/NV'S NOTICE OF MOTION AND
MOTION FOR CLASS CERTIFICATION
AND APPOINTMENT OF CLASS
REPRESENTATIVE AND CLASS
COUNSEL

1270461_1

PLEASE TAKE NOTICE that plaintiff Royal Park Investments SA/NV ("Royal Park") hereby moves the Court for an order certifying this matter as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), appointing Royal Park as Class Representative and Robbins Geller Rudman & Dowd LLP as Class Counsel.  This motion is supported by the memorandum of law and the Declaration of Christopher M. Wood and exhibits thereto, concurrently filed herewith, all pleadings and papers filed herein, arguments of counsel and any other matters properly before the Court.[1]  Oral argument is requested.

DATED:  May 26, 2017                     ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                         CHRISTOPHER M. WOOD


                                                   s/ Christopher M. Wood
                                         CHRISTOPHER M. WOOD

                                         414 Union Street, Suite 900
                                         Nashville, TN  37219
                                         Telephone:  615/244-2203
                                         615/252-3798 (fax)
                                         cwood@rgrdlaw.com

---

[1]      The memorandum of law and the Declaration of Christopher M. Wood and exhibits thereto describe certain testimony designated as "Confidential" and "Highly Confidential."  Therefore, pursuant to the Court's Individual Practices in Civil Cases, such documents are being submitted to chambers.

1270461_1

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
ARTHUR C. LEAHY
STEVEN W. PEPICH
LUCAS F. OLTS
DARRYL J. ALVARADO
HILLARY B. STAKEM
J. MARCO JANOSKI GRAY
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
stevep@rgrdlaw.com
lolts@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Attorneys for Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 26, 2017.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  cwood@rgrdlaw.com

# Mailing Information for a Case 1:14-cv-09764-KPF-SN Royal Park Investments SA/NV v. Wells Fargo Bank, N.A.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com

- **Amherst Advisory & Management, LLC**
  gklein@mckoolsmith.com

- **Joseph James Boylan**
  jboylan@jonesday.com,rwestrom@jonesday.com

- **Harold Keith Gordon**
  hkgordon@jonesday.com,rwestrom@jonesday.com

- **Kurt Michael Gosselin**
  kgosselin@jonesday.com,rwestrom@jonesday.com

- **Paul Bartholomew Green**
  bartgreen@jonesday.com,rwestrom@jonesday.com

- **Joseph Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jason Jurgens**
  jjurgens@jonesday.com,rwestrom@jonesday.com,jtreanor@JonesDay.com,tesolomon@JonesDay.com

- **Rebekah B. Kcehowski**
  rbkcehowski@jonesday.com

- **Gayle Rosenstein Klein**
  gklein@mckoolsmith.com,kmtrahan@mckoolsmith.com,gpineiro@mckoolsmith.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com,susanw@rgrdlaw.com

- **Elisa Lee**
  elee@mckoolsmith.com

- **Traci Leigh Lovitt**
  tlovitt@jonesday.com,rwestrom@jonesday.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven W. Pepich**
  stevep@rgrdlaw.com

- **Clay J. Pierce**
  clay.pierce@dbr.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Tracy V. Schaffer**
  tschaffer@jonesday.com,rwestrom@jonesday.com

- **Howard Fredrick Sidman**
  hfsidman@jonesday.com,rwestrom@jonesday.com

- **Eric Peter Stephens**
  epstephens@jonesday.com,rwestrom@jonesday.com

- **Jayant W. Tambe**
  jtambe@jonesday.com,mmarcucci@jonesday.com,rwestrom@jonesday.com

- **Michael O. Thayer**
  mothayer@jonesday.com,rwestrom@jonesday.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,HDeshmukh@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)