UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

                              Plaintiff,

            vs.

WELLS FARGO BANK, N.A., as Trustee,

                              Defendant.

———————————————————————— x

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 1:14-cv-09764-KPF-SN

CLASS ACTION

DECLARATION OF CHRISTOPHER M.
WOOD IN SUPPORT OF PLAINTIFF
ROYAL PARK INVESTMENTS SA/NV'S
MOTION FOR CLASS CERTIFICATION
AND APPOINTMENT OF CLASS
REPRESENTATIVE AND CLASS
COUNSEL

# [REDACTED]

1270165_2

I, CHRISTOPHER M. WOOD, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the States of California and Tennessee and am admitted *pro hac vice* in this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for plaintiff Royal Park Investments SA/NV ("Royal Park") in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      On July 27, 2015, Royal Park subpoenaed the Depository Trust Company ("DTC") seeking documents sufficient to identify all beneficial owners of Certificates in the Covered Trusts.  A true and correct copy of this subpoena is attached as Exhibit 1.

3.      In response to this subpoena, on September 23, 2015, DTC produced a spreadsheet showing payments to DTC participants over time (the "DTC Spreadsheet").  While the DTC Spreadsheet is voluminous, a true and correct excerpt of this spreadsheet is attached as Exhibit 2 [filed under seal].

4.      After DTC identified the participants, Royal Park sent subpoenas to 26 of the DTC participants ███████████████████████████████████, *inter alia*, the identity of "all persons or entities who owned, held, or beneficially owned or held any Certificate, or any portion of any Certificate, at any point throughout the Relevant Period."  As an example of these subpoenas, attached as Exhibit 3 [redacted] is a true and correct copy of the subpoena we sent to ████████████████████████████████.

5.      In response to Royal Park's subpoenas, all but two of the DTC participants produced data with information regarding relevant transactions and Certificateholders.

- 1 -

6.      According to data provided by Bloomberg, L.P. and Wells Fargo's CTSLink, in May 2009 (the time that Royal Park acquired its interests in the Certificates at issue) there had been no write-down of any original principal balance in either of the Certificates at issue in this action.

7.      In addition to the foregoing, attached are true and correct copies of the following exhibits:

Exhibit 4:      Excerpts from the deposition transcript of Joseph Beacom, dated March 10, 2017;

Exhibit 5:      Ex. 786-B [redacted];

Exhibit 6:      Expert Report of W. Scott Dalrymple, CFA, dated January 30, 2017;

Exhibit 7:      Ex. 779-B [filed under seal];

Exhibit 8:      Ex. 740;

Exhibit 9:      WF_RP_000090642;

Exhibit 10:     Ex. 751 [redacted];

Exhibit 11:     ABFC 2006-OPT1 Pooling and Servicing Agreement;

Exhibit 12:     SASC 2007-BC1 Trust Agreement;

Exhibit 13:     Declaration of Guido De Clercq of Royal Park Investments SA/NV;

Exhibit 14:     Expert Report of Christopher M. James, Ph.D., dated March 31, 2017 [redacted];

Exhibit 15:     Expert Report of John H. Dolan, dated March 31, 2017 [redacted];

Exhibit 16:     Expert Report of Ethan Cohen-Cole, dated March 31, 2017 [redacted];

Exhibit 17:     Expert Rebuttal Report of W. Scott Dalrymple, CFA, dated May 12, 2017 [redacted];

Exhibit 18:     Excerpts from the deposition transcript of Alexander Humphries, dated February 1, 2017;

Exhibit 19:     Excerpts from the deposition transcript of Cynthia Day, dated January 6, 2017;

Exhibit 20:     WF_RP_000855103 [filed under seal];

1270165_2

Exhibit 21:        Ex. 6 [filed under seal];

Exhibit 22:        Excerpts from the deposition transcript of Kristen Cronin, dated January 12, 2017;

Exhibit 23:        Excerpts from the deposition transcript of William Fay, dated July 21, 2016;

Exhibit 24:        Excerpts from the deposition transcript of William Fay, dated February 22, 2017;

Exhibit 25:        Ex. 366 [filed under seal];

Exhibit 26:        Excerpts from the deposition transcript of Beth Belfield, dated February 9, 2017;

Exhibit 27:        Ex. 365 [filed under seal];

Exhibit 28:        Ex. 407 [redacted];

Exhibit 29:        Excerpts from the deposition transcript of Peter Masterman, dated November 17, 2016;

Exhibit 30:        Excerpts from the deposition transcript of Linda Stinson, dated March 30, 2017;

Exhibit 31:        Excerpts from the deposition transcript of Ethan Cohen-Cole, dated May 5, 2017;

Exhibit 32:        Excerpts from the deposition transcript of Christopher M. James, Ph.D., dated April 19, 2017;

Exhibit 33:        Excerpts from the deposition transcript of John H. Dolan, dated May 2, 2017;

Exhibit 34:        *NECA-IBEW Health & Welfare Fund v. Goldman Sachs & Co.*, No. 1:08 cv 10783 (LAP), Transcript (S.D.N.Y. May 2, 2016);

Exhibit 35:        Firm resume of Robbins Geller Rudman & Dowd LLP;

Exhibit 36:        WF_RP_000573305 [redacted];

Exhibit 37:        WF_RP_000127748;

Exhibit 38:        *Brecher v. Republic of Arg.*, No. 1:06-cv-15297-TPG, Order (S.D.N.Y. May 27, 2016) (Dkt. No. 115);

Exhibit 39:        *Brecher v. Republic of Arg.*, No. 1:06-cv-15297-TPG, Omnibus Reply Memorandum of Law in Support of Final Approval of the Proposed Settlement and Plan of Distribution, Class Counsel's Application for

Attorneys' Fees, Reimbursement of Litigation Expenses, and Payment of Service Award to Plaintiff Henry H. Brecher (S.D.N.Y. Nov. 1, 2016) (Dkt. No. 135);

Exhibit 40:    *Brecher v. Republic of Arg.*, No. 1:06-cv-15297-TPG, Declaration of Michael Jacoby Regarding Notice Dissemination, Publication (S.D.N.Y. Sept. 28, 2016) (Dkt. No. 123);

Exhibit 41:    *Brecher v. Republic of Arg.*, No. 14-4385-cv, Brief for Plaintiff-Appellee Henry H. Brecher (2d Cir. May 8, 2015) (Dkt. No. 48);

Exhibit 42:    *Brecher v. Republic of Arg.*, No. 14-4385-cv, Reply Brief of Defendant-Appellant The Republic of Argentina (2d Cir. May 22, 2015) (Dkt. No. 51); and

Exhibit 43:    *Brecher v. Republic of Arg.*, No. 14-4385-cv, Brief of Defendant-Appellant The Republic of Argentina (2d Cir. Mar. 16, 2015) (Dkt. No. 35).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 26, 2017, at Nashville, Tennessee.

s/ Christopher M. Wood
_____
CHRISTOPHER M. WOOD

1270165_2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 29, 2017.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
  & DOWD LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  800/449-4900
615/252-3798 (fax)

E-mail:  cwood@rgrdlaw.com

1270165_2

# Mailing Information for a Case 1:14-cv-09764-KPF-SN Royal Park Investments SA/NV v. Wells Fargo Bank, N.A.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com

- **Amherst Advisory & Management, LLC**
  gklein@mckoolsmith.com

- **Joseph James Boylan**
  jboylan@jonesday.com,rwestrom@jonesday.com

- **Harold Keith Gordon**
  hkgordon@jonesday.com,rwestrom@jonesday.com

- **Kurt Michael Gosselin**
  kgosselin@jonesday.com,rwestrom@jonesday.com

- **Paul Bartholomew Green**
  bartgreen@jonesday.com,rwestrom@jonesday.com

- **Joseph Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jason Jurgens**
  jjurgens@jonesday.com,rwestrom@jonesday.com,jtreanor@JonesDay.com,tesolomon@JonesDay.com

- **Rebekah B. Kcehowski**
  rbkcehowski@jonesday.com

- **Gayle Rosenstein Klein**
  gklein@mckoolsmith.com,kmtrahan@mckoolsmith.com,gpineiro@mckoolsmith.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com,susanw@rgrdlaw.com

- **Elisa Lee**
  elee@mckoolsmith.com

- **Traci Leigh Lovitt**
  tlovitt@jonesday.com,rwestrom@jonesday.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven W. Pepich**
  stevep@rgrdlaw.com

- **Clay J. Pierce**
  clay.pierce@dbr.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Tracy V. Schaffer**
  tschaffer@jonesday.com,rwestrom@jonesday.com

- **Howard Fredrick Sidman**
  hfsidman@jonesday.com,rwestrom@jonesday.com

- **Eric Peter Stephens**
  epstephens@jonesday.com,rwestrom@jonesday.com

- **Jayant W. Tambe**
  jtambe@jonesday.com,mmarcucci@jonesday.com,rwestrom@jonesday.com

- **Michael O. Thayer**
  mothayer@jonesday.com,rwestrom@jonesday.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,HDeshmukh@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)