UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK ALLOCATION TARGET SHARES: SERIES S PORTFOLIO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Civil Action No. 1:14-cv-09371-KPF-SN <br><br> <u>CLASS ACTION</u> |
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., as Trustee, <br><br> Defendant. | Civil Action No. 1:14-cv-09764-KPF-SN <br><br> <u>CLASS ACTION</u> |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Civil Action No. 1:14-cv-10067-KPF-SN |

[Caption continued on following page.]

NOTICE OF PLAINTIFFS' RULE 72 OBJECTION AND MOTION TO VACATE THE
MAGISTRATE JUDGE'S ORDERS CONCERNING DEFENDANT WELLS FARGO BANK,
N.A.'S DISCOVERY AND KNOWLEDGE OF BREACHES

1351929_1

|  |  |
|---|---|
| PHOENIX LIGHT SF LTD., et al., | Civil Action No. 1:14-cv-10102-KPF-SN |
| Plaintiffs, | |
| vs. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |
| COMMERZBANK AG, | Civil Action No. 1:15-cv-10033-KPF-SN |
| Plaintiff, | |
| vs. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

PLEASE TAKE NOTICE that plaintiffs in the five above-captioned actions, relying upon (a) the Memorandum of Law in Support of Plaintiffs' Rule 72 Objection and Motion to Vacate the Magistrate Judge's Orders Concerning Defendant Wells Fargo Bank, N.A.'s Discovery and Knowledge of Breaches; (b) the Declaration of Christopher M. Wood and exhibits thereto; and (c) all prior proceedings and matters of record in these cases, will move this Court before the Honorable Katherine Polk Failla, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 72 vacating (i) the December 18, 2017 Order and (ii) the January 2, 2018 Order issued by the Honorable Sarah Netburn, United States Magistrate Judge, as entered in each of these five actions.

Oral argument is requested. Plaintiffs will file a letter request pursuant to the Court's Individual Practices in Civil Cases Rule 4.E in due course.

DATED:  January 16, 2018          ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                  CHRISTOPHER M. WOOD


                                          s/ CHRISTOPHER M. WOOD
                                         CHRISTOPHER M. WOOD

                                  414 Union Street, Suite 900
                                  Nashville, TN  37219
                                  Telephone:  615/244-2203
                                  615/252-3798 (fax)
                                  cwood@rgrdlaw.com

- 1 -

1351929_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
STEVEN W. PEPICH
LUCAS F. OLTS
DARRYL J. ALVARADO
HILLARY B. STAKEM
J. MARCO JANOSKI GRAY
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
stevep@rgrdlaw.com
lolts@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Attorneys for Plaintiff

- 2 -

| | |
|---|---|
| DATED:  January 16, 2018 | BERNSTEIN LITOWITZ BERGER <br>   & GROSSMANN LLP <br> BLAIR A. NICHOLAS <br> TIMOTHY A. DeLANGE <br> BENJAMIN GALDSTON <br> RICHARD D. GLUCK <br> BRETT M. MIDDLETON <br> NIKI L. MENDOZA <br> LUCAS E. GILMORE <br> ROBERT S. TRISOTTO |

s/ BENJAMIN GALDSTON
BENJAMIN GALDSTON

12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

Attorneys for Plaintiffs BlackRock Balanced Capital Portfolio (Fl), *et al*.

| | |
|---|---|
| DATED:  January 16, 2018 | WOLLMUTH MAHER & DEUTSCH LLP <br> DAVID H. WOLLMUTH <br> STEVEN S. FITZGERALD <br> RANDALL R. RAINER <br> NIRAJ J. PAREKH |

s/ STEVEN S. FITZGERALD
STEVEN S. FITZGERALD

500 Fifth Avenue
New York, NY  10110
Telephone:  212/382-3300
212/382-0050 (fax)

Attorneys for Plaintiffs Phoenix Light SF Limited, *et al*.

- 3 -

DATED:  January 16, 2018        WOLLMUTH MAHER & DEUTSCH LLP
　　　　　　　　　　　　　　　　DAVID H. WOLLMUTH
　　　　　　　　　　　　　　　　RYAN A. KANE
　　　　　　　　　　　　　　　　NIRAJ J. PAREKH


　　　　　　　　　　　　　　　　　　　　s/ RYAN A. KANE
　　　　　　　　　　　　　　　　　　　　RYAN A. KANE

　　　　　　　　　　　　　　　　500 Fifth Avenue
　　　　　　　　　　　　　　　　New York, NY  10110
　　　　　　　　　　　　　　　　Telephone:  212/382-3300
　　　　　　　　　　　　　　　　212/382-0050 (fax)

　　　　　　　　　　　　　　　　Attorneys for Plaintiff Commerzbank AG


DATED:  January 16, 2018        KELLOGG HANSEN TODD FIGEL
　　　　　　　　　　　　　　　　　 & FREDERICK, P.L.L.C.
　　　　　　　　　　　　　　　　DAVID C. FREDERICK
　　　　　　　　　　　　　　　　SCOTT K. ATTAWAY
　　　　　　　　　　　　　　　　MATTHEW M. DUFFY
　　　　　　　　　　　　　　　　FREDERICK GASTON HALL


　　　　　　　　　　　　　　　　　　　　s/ SCOTT K. ATTAWAY
　　　　　　　　　　　　　　　　　　　　SCOTT K. ATTAWAY

　　　　　　　　　　　　　　　　Sumner Square
　　　　　　　　　　　　　　　　1615 M Street, N.W., Suite 400
　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　Telephone:  202/326-7900
　　　　　　　　　　　　　　　　202/326-7999 (fax)

        KOREIN TILLERY LLC
        GEORGE A. ZELCS
        JOHN A. LIBRA
        MATTHEW C. DAVIES
        MAX C. GIBBONS
        205 North Michigan Plaza, Suite 1950
        Chicago, IL  60601
        Telephone:  312/641-9750
        312/641/9760 (fax)
          - and -
        STEPHEN M. TILLERY
        505 North Seventh Street, Suite 3600
        St. Louis, MO  63101-1625
        Telephone:  314/241-4844
        314/241-3525 (fax)

        Attorneys for Plaintiff National Credit Union Administration Board

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 16, 2018.

s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)

E-mail:  cwood@rgrdlaw.com

1351929_1