UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., as Trustee,<br><br>                 Defendant. | Case No. 1:14-cv-09764-KPF-SN<br><br>**ECF Case** |
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., as Trustee,<br><br>                 Defendant. | Case No. 1:17-cv-06687-KPF<br><br>**ECF Case** |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

AND NOW, having considered plaintiff Royal Park Investments SA/NV and defendant Wells Fargo Bank, N.A.'s stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed in both of the above-captioned cases, it is hereby ORDERED that the stipulation is GRANTED and that all remaining claims against defendant Wells Fargo Bank, N.A. in both actions are hereby DISMISSED WITH PREJUDICE. The clerk shall CLOSE these cases. Each party shall bear its own fees and costs subject to the terms and conditions of the Agreement. The Court retains jurisdiction over these cases solely to enforce

the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

    IT IS SO ORDERED.

Dated: _____

                                              _____
                                                          District Judge